MILBERG WEISS BERSHAD
  & SCHULMAN LLP
JEFF S. WESTERMAN (SBN 94559)
E-mail: jwesterman@milbergweiss.com
SABRINA S. KIM (SBN 186242)
E-mail: skim@milbergweiss.com
One California Plaza
300 South Grand Ave., Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

FILED
CLERK, U.S. DISTRICT COURT

NOV 30 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send        X
Enter
Closed
JS-5/JS-6   X
JS-2/JS-3
Scan Only

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CV04-9600-CAS(V
CV04-9602-CAS(VB

## WESTERN DIVISION

| | |
|---|---|
| In Re REFORMULATED GASOLINE (RFG) ANTITRUST AND PATENT LITIGATION, | MDL No. 05-1671 CAS (VBK) |
| | Assigned for all purposes to: Honorable Christina A. Snyder |
| This Document Relates to All Actions. | STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

DOCKETED ON CM

DEC 1 2006

BY 012

40

DUPLICATE
ORIGINAL

DOCS\384229v1

1    Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties

2   in this case stipulate and agree that Yolanda Acosta and Anthony Dark hereby dismiss

3   the action without prejudice.  Plaintiffs do not intend by this voluntary dismissal to

4   waive their rights to participate and recover as a class member in any action.  The

5   parties shall bear their own costs and expenses in connection with this litigation.

6   DATED:  November ____, 2006      **JONES DAY**
                                     Phil Cook
7                                    Jason C. Murray
                                     Eric P. Enson
8

9
                                     _____
10                                          PHIL COOK

11                                   555 South Flower Street
                                     Fiftieth Floor
12                                   Los Angeles, CA 90071
                                     E-mail:  pcook@jonesday.com
13                                            jcmurray@jonesday.com
                                              epenson@jonesday.com
14
                                     *Counsel for Defendants*
15

16   DATED:  November 16, 2006       **MILBERG WEISS BERSHAD**
                                     **   & SCHULMAN LLP**
17                                   Jeff S. Westerman
                                     Sabrina S. Kim
18

19
                                     _____
20                                        SABRINA S. KIM

21                                   One California Plaza
                                     300 South Grand Ave., Suite 3900
22                                   Los Angeles, CA 90071
                                     Telephone: (213) 617-1200
23                                   Facsimile:  (213) 617-1975
                                     E-mail:  jwesterman@milbergweiss.com
24                                            skim@milbergweiss.com
25
            IT IS SO ORDERED
26
            Dated  11/20/06
27          _____
            Christine A. Snyde
28          United States District Judge

DOCS\384229v1

1    Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties

2  in this case stipulate and agree that Yolanda Acosta and Anthony Dark hereby dismiss

3  the action without prejudice.  Plaintiffs do not intend by this voluntary dismissal to

4  waive their rights to participate and recover as a class member in any action.  The

5  parties shall bear their own costs and expenses in connection with this litigation.

6  DATED:  November 16, 2006        **JONES DAY**
                                     Phil Cook
7                                    Jason C. Murray
                                     Eric P. Enson
8

9                                    _Phil E Cook / EE_
10                                   ─────────────────────
                                          PHIL COOK
11                                   555 South Flower Street
                                     Fiftieth Floor
12                                   Los Angeles, CA 90071
                                     E-mail:  pcook@jonesday.com
13                                             jcmurray@jonesday.com
                                               epenson@jonesday.com
14

15                                   *Counsel for Defendants*

16  DATED:  November 16, 2006        **MILBERG WEISS BERSHAD
                                       & SCHULMAN LLP**
17                                   Jeff S. Westerman
                                     Sabrina S. Kim
18

19
20                                   ─────────────────────
                                         SABRINA S. KIM
21                                   One California Plaza
22                                   300 South Grand Ave., Suite 3900
                                     Los Angeles, CA 90071
23                                   Telephone:  (213) 617-1200
                                     Facsimile:  (213) 617-1975
24                                   E-mail:  jwesterman@milbergweiss.com
                                              skim@milbergweiss.com
25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SCANNED

**MILBERG WEISS BERSHAD &**
 **SCHULMAN LLP**
Michael M. Buchman
J. Douglas Richards
Jennifer J. Sosa
One Pennsylvania Place
New York, NY 10019
E-mail: mbuchman@milbergweiss.com
         drichards@milbergweiss.com
         jsosa@milbergweiss.com

**BERMAN DEVALERIO PEASE**
 **TABACCO BURT & PUCILLO**
Joseph T. Tabacco, Jr.
Christopher T. Heffelfinger, Jr.
425 California Street, Suite 2100
San Francisco, CA 94104
E-mail: jtabacco@bermanesq.com
         cheffelfinger@bermanesq.com

**KIRBY MCINERNY & SQUIRE LLP**
Daniel Hume
David Kovel
830 Third Ave.
New York, NY 10022
E-mail:  dhume@kmslaw.com
         dkovel@kmslaw.com

**FINKELSTEIN THOMPSON**
 **& LOUGHRAN**
Christine Pedigo Bartholomew
601 Montgomery Street, Suite 665
San Francisco, CA 94111
E-mail:  cpb@ftllaw.com

**FINKELSTEIN THOMPSON**
 **& LOUGHRAN**
L. Kendall Satterfield
The Duvall Foundry
1050 30th Street, N.W.
Washington, D.C. 20007
E-mail:  lks@ftllaw.com

***Counsel for Plaintiffs***

DOCS\384229v1

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, I am employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2.      That on November 17, 2006, declarant served the STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.      That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of November, 2006, at Los Angeles, California.

ANN MARIE GENOVESE

DOCS\384229v1

- 3 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SERVICE LIST
### (Unocal II)

*In re Reformulated Gasoline (RFG) Antitrust and Patent Litigation*
Case No. MDL No. 05-1671 CAS (VBK)

Counsel for Plaintiffs:

Joseph T. Tabacco, Jr.
Christopher T. Heffelfinger
**BERMAN DEVALERIO PEASE
    TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA  94104
Telephone:  (415) 433-3200
Facsimile:  (415) 433-6382

Shannon P. Cereghino
Christine G. Pedigo
**FINKELSTEIN THOMPSON
    & LOUGHRAN**
601 Montgomery Street, Suite 665
San Francisco, CA  94111
Telephone:  (415) 398-8700
Facsimile:  (415) 398-8704

L. Kendall Satterfield
**FINKELSTEIN THOMPSON
    & LOUGHRAN**
The Duvall Foundry
1050 - 30th Street, N.W.
Washington, DC  20007
Telephone:  (202) 337-8000
Facsimile:  (202) 337-8090

Edward M. Gergosian
**GERGOSIAN & GRALEWSKI
LLP**
550 West C Street, Suite 1600
San Diego, CA  92101
Telephone:  (619) 230-0016
Facsimile:  (619) 230-0124

Bernard Persky
Christopher J. McDonald
**GOODKIND LABATON RUDOFF
    & SUCHAROW LLP**
100 Park Avenue
New York, NY  10017
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

Daniel Hume
David Kovel
**KIRBY McINERNY
    & SQUIRE LLP**
830 Third Avenue
New York, NY  10022
Telephone:  (212) 371-6600
Facsimile:  (212) 751-2540

Michael Buchman
Ryan Kriger
**MILBERG WEISS BERSHAD
    & SCHULMAN LLP**
One Pennsylvania Place
New York, NY  10019
Telephone:  (212) 594-5300
Facsimile:  (212) 868-1229

Susan G. Kupfer
**GLANCY BINKOW
    & GOLDBERG LLP**
455 Market Street, Suite 1810
San Francisco, CA  94105
Telephone:  (415) 972-8160
Facsimile:  (415) 972-8166

Lionel Z. Glancy
**GLANCY BINKOW
    & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160

Craig C. Corbitt
Judith A. Zahid
Francis O. Scarpulla
**ZELLE HOFMANN VOELBEL
    MASON & GETTE LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:  (800) 229-5293
Facsimile:  (415) 693-0770

Ellen Meriwether
**MILLER FAUCHER**
 **& CAFFERTY LLP**
One Logan Square, Suite 1700
18th & Cherry Streets
Philadelphia, PA  19103
Telephone:  (215) 864-2800
Facsimile:   (215) 864-2810

Jennifer Winter Sprengel
**MILLER FAUCHER**
 **& CAFFERTY LLP**
30 N. LaSalle Street, Suite 3200
Chicago, IL  60602
Telephone:  (312) 782-4880
Facsimile:  (312) 782-4485

Andrew J. Ogilvie
**KEMNITZER, ANDERSON,**
 **BARRON & OGILVIE, LLP**
445 Bush Street, Sixth Floor
San Francisco, CA  94108
Telephone:  (415) 861-2265
Facsimile:   (415) 861-3151

James R. Malone, Jr.
Michael D. Gottsch
Daniel B. Scott
**CHIMICLES & TIKELLIS LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA  19041
Telephone:  (610) 642-8500
Facsimile:   (610) 649-3633

Dennis Stewart
**HULETT HARPER STEWART LLP**
550 West C Street, Suite 1600
San Diego, CA  92101
Telephone:  (619) 338-1133
Facsimile:   (619) 338-1139

Eugene Spector
**SPECTOR, ROSEMAN**
 **& KODROFF**
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone:  (215) 496-0300
Facsimile:   (215) 496-6611

Peter S. Rukin
John F. Hyland
**RUKIN HYLAND & DORIA LLP**
100 Pine Street, Suite 725
San Francisco, CA  94111
Telephone:  (415) 421-1800
Facsimile:   (415) 421-1700

Robert S. Schachter
Joseph Lipofsky
Paul Kleidman
**ZWERLING, SCHACHTER**
 **& ZWERLING**
41 Madison Avenue
New York, NY  10010
Telephone:  (212) 223-3900
Facsimile:   (212) 371-5969

Dan Drachler
**ZWERLING, SCHACHTER**
 **& ZWERLING**
1904 Third Avenue, Suite 1030
Seattle, WA  98101-1170
Telephone:  (206) 223-2053
Facsimile:   (206) 343-9636

Jeff S. Westerman
Sabrina S. Kim
**MILBERG WEISS BERSHAD**
 **& SCHULMAN LLP**
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA  90071
Telephone:  (213) 617-1200
Facsimile:   (213) 617-1975

- 5 -

DOCS\384229v1

1    <u>Counsel for Defendants</u>:

2    Philip E. Cook
     **JONES DAY**
3    555 S. Flower Street, 50th Floor
     Los Angeles, CA  90071
4    Telephone:  (213) 489-3939
     Facsimile:   (213) 243-2539
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOCS\384229v1

SCANNED